# EXHIBIT A

# TRUCK LEASE AGREEMENT

This Agreement is entered on JULY 12TH, 20 22 by and between Interland Inc. ("INTERLAND"), an Illinois corporation whose address is 1305 Lakeside Dr. Ste 1 Romeoville, IL 60446, and whose Federal Employer's Identification Number is 46-3575521, and MMS TRUCKLINE LLC ("LESSEE"), whose business address is 2768 DELA DR, SOUTHAVEN MS 38672.

LESSEE is:

\_\_\_\_ a corporation; state: _____;
\_\_\_\_ copy of articles of incorporation and Federal Employer's Identification Number confirmation attached
_X_ a limited liability company; state: _MS_
\_\_\_\_ copy of articles of organization and Federal Employer's Identification Number confirmation attached.

LESSEE's Federal Employer's Identification Number is _____.

If LESSEE holds authority from the Federal Motor Carrier Safety Administration and any other agency, list that authority here:

FMCSA MC-_____.
USDOT - _____.
Illinois Commerce Commission MC-_____
Other: _____

1. LEASE. INTERLAND leases to LESSEE, and LESSEE leases from INTERLAND, the Truck described in Exhibit 1, which is incorporated into and made part of this Agreement. The Truck described in that Exhibit 1 is referred to throughout this Agreement as "the Truck." The Truck shall be delivered to LESSEE at INTERLAND's place of business or at another place agreed upon between LESSEE and INTERLAND.

2. TERM. The initial term of this Agreement shall begin on _____, and shall continue for a period of \_\_\_ months ending _____. After the initial term of this Agreement, this Agreement shall be automatically renewed for successive additional terms of 12 months each, unless a party desiring to cancel the Agreement gives the other party written notice of its intention to terminate this Agreement at least 14 days prior to the expiration of the then-current term, or unless LESSEE agrees to purchase the Truck as provided for in this Agreement.

3. RENT; ADVANCE RENT.

(a) Rent shall be $_____.\_\_\_ per week during each term of this Agreement.

INITIALS FOR INTERLAND _RC_
INITIALS FOR LESSEE _[signature]_

EXHIBIT B

Page 1 of 8

LESSEE shall pay the weekly Rent to INTERLAND on or before the 1st day of each week during the term of this Agreement. If any payment of Rent is not made on or before the date on which it is due, then the Rent shall be considered delinquent and interest at the rate of 12% per annum shall be due and payable on the amount of Rent which is due but unpaid.

(b) In addition to Rent, LESSEE shall pay to INTERLAND an advance Rent of _____, which shall not be refundable to LESSEE. However, as provided in this Agreement, LESSEE may apply the advance Rent to purchase of the Truck.

4. PAYMENTS. The parties recognize and agree that INTERLAND may be obligated to make payments on the Truck to financial institutions. INTERLAND agrees to make those payments using amounts paid by LESSEE as Rent and as the Advance Rental Payment, and LESSEE has the right to request written verification of those payments by INTERLAND, including copies of checks or other instruments used for those payments.

5. LEASE - NOT A SALE. This Agreement only creates a lease or bailment of the Truck, and is not a sale. INTERLAND shall remain the sole owner of the Truck and, except as otherwise provided in this Agreement, nothing contained in this Agreement or the payment of Rent shall enable the LESSEE to acquire any right, title or other interest in or to the Truck other than that of a lease or a bailment. LESSEE may not pledge, assign, mortgage, or grant a security interest in the Truck or permit any lien or encumbrance to exist upon the Truck.

6. **NO WARRANTIES.**

**INTERLAND INC., BEING NEITHER THE MANUFACTURER OF THE TRUCKS, NOR A SUPPLIER, NOR A DEALER IN TRUCKS OF ANY TYPE OR KIND, MAKES NO WARRANTY, EXPRESS OR IMPLIED, TO ANYONE, AS TO THE FITNESS OF THE TRUCK FOR A PARTICULAR PURPOSE OR AS TO THE MERCHANTABILITY OF THE TRUCK, OR AS TO THE DESIGN, CONDITION, CAPACITY, PERFORMANCE OR ANY OTHER ASPECTS OF THE TRUCK OR ITS MATERIAL OR WORKMANSHIP, AND ANY AND ALL SUCH WARRANTIES (INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE) ARE EXCLUDED AND DISCLAIMED. THE TRUCK IS LEASED TO LESSEE "AS IS, WHERE IS, WITH ALL FAULTS AND DEFECTS."**

7. MAINTENANCE. During each term of this Agreement, LESSEE shall, at its own cost and expense, operate and maintain the Truck in good condition and working order and in such a condition as will allow the Truck to pass any regulatory inspection at any time. LESSEE shall pay for any and all maintenance and repair costs and expenses for the Truck and shall bear any and all costs and expenses for repair or replacement of the Truck when those costs and expenses are due to the acts or omissions of LESSEE.

8. INSURANCE. During each term of this Agreement, INTERLAND will maintain liability, fire, theft, collision and bobtail/deadhead insurance on the Truck, in amounts and with insurance companies as may be required by the financial institutions which have financed INTERLAND's purchase of the Truck and in amounts and with insurance companies as may be deemed by INTERLAND as reasonably necessary to protect INTERLAND's interest in the Truck. INTERLAND shall provide LESSEE with certificates of insurance, in a form acceptable to INTERLAND, showing that the coverages required by this Agreement are



INITIALS FOR INTERLAND _RC_
INITIALS FOR LESSEE _KS_

in effect. All other insurance coverage shall be the sole responsibility of LESSEE. In consideration of INTERLAND' agreement to provide that insurance, each claim involving that insurance will be subject to the following deductibles:

Auto liability claim: $2,500.00 deductible per occurrence.
Cargo insurance claim: $2,500.00 deductible per occurrence.
Physical damage - tractor: $2,500.00 deductible per occurrence.
Physical damage - trailer: $2,500.00 deductible per occurrence.

9. INDEPENDENT CONTRACTOR. It is expressly understood and agreed to between the parties that LESSEE shall be an independent contractor, and that INTERLAND shall not be considered the employer of LESSEE or any of LESSEE's drivers, helpers, agents or employees.

10. OPERATION OF THE TRUCK.

(a) The Truck shall be operated by LESSEE or its employees in a safe and careful manner by a competent and licensed driver. LESSEE shall keep the Truck in good condition and repair in accordance with the manufacturer's recommended procedures, and LESSEE agrees to maintain the Truck in good and safe working order and in a condition such that it is capable of passing any regulatory inspection. LESSEE shall obtain INTERLAND's prior written approval for any material modifications of, additions to, or removals from the Truck, all of which modifications of or additions to the Truck shall become the property of INTERLAND. LESSEE shall be responsible for any and all costs, fees and expenses incurred in connection with the use, operation, and maintenance of the Truck, including, but not limited to, licenses and registrations, insurance, federal, state and local taxes, fuel taxes, permits, lubricants, oil, tires, tubes, and all other operating supplies and accessories. LESSEE shall provide any and all labor, materials and equipment which may be required to perform its duties under the terms of this Agreement. LESSEE shall defend, indemnify and hold INTERLAND harmless from and against any and all such costs, fees and expenses.

(b) LESSEE shall inspect, maintain and operate the Truck as required by rules and regulations of the United States Department of Transportation and any other rules or regulations which govern the ownership or use of the Truck covered by this Agreement.

(c) LESSEE shall not use the Truck or operate it in any manner subjecting it to depreciation above the normal depreciation associated with its use; or for an illegal purpose or by a person under the influence of alcohol or narcotics or any other illegal substance; or in any manner or for any purpose which would cause any insurance on the Truck to be suspended, canceled, inapplicable or increased in cost; or outside the continental United States or Canada.

11. INDEMNITY.

(a) LESSEE agrees to defend, indemnify and hold INTERLAND harmless from and against any and all injuries (including death), claims, losses, fines, assessments, levies, damages, costs, fees (including attorneys' fees) and expenses which may be incurred by INTERLAND or by any of INTERLAND's employees, agents, contractors or subcontractors, as a result of or in connection with the acts or omissions of LESSEE or any of its employees, agents, contractors or subcontractors, including, but not limited to:



INITIALS FOR INTERLAND RG
INITIALS FOR LESSEE

(i) Injury to or death of any person or persons, including, but not limited to employees, agents, contractors or subcontractors of LESSEE or INTERLAND;

(ii) Loss of or damage or delay to the Truck and to any and all other property (including cargo), including the conversion of property, theft or embezzlement;

(iii) Damage, loss, theft or destruction of the Truck or its contents.

(b) LESSEE also agrees to defend, indemnify and hold INTERLAND's employees, agents, contractors and subcontractors harmless from and against any and all fines, attachments, levies, demands or charges which may be imposed by any governmental authority or body on LESSEE or INTERLAND, or the employees, agents, contractors or subcontractors of either of them, as a result of in connection with the acts or omissions of LESSEE, its employees, agents, contractors or subcontractors.

(c) LESSEE shall give INTERLAND, within 12 hours of its occurrence, a report of any accident or incident involving loss of or damage to the Truck or which may give rise to LESSEE's obligation to defend, indemnify or hold INTERLAND harmless under any provisions of this Agreement.

(d) The indemnification and the agreements to defend INTERLAND and hold INTERLAND harmless as set forth in this Section of the Agreement and any other indemnities or agreements to defend or hold INTERLAND harmless in any other part of this Agreement shall survive termination of this Agreement.

12. FAILURE TO PERFORM; INSOLVENCY. If LESSEE fails to perform any of the terms, conditions or promises in the manner and at the time or times required by this Agreement, or if any proceeding in bankruptcy or insolvency is instituted by or against the LESSEE, or if reorganization of the LESSEE is sought under any statute, or if a receiver is appointed for LESSEE for any purpose, or if the LESSEE makes an assignment for the benefit of creditors or makes an attempt to sell, secret, convert, or remove the Truck or if any distress, execution, or attachment be levied on the Truck, or if the Truck be encumbered in any way, or if at any time in INTERLAND's reasonable judgment its rights in the Truck shall be threatened or rendered insecure, the LESSEE shall be deemed to be in default under this Agreement, and INTERLAND shall have the right to exercise any of the following remedies, in addition to any other remedies permitted by law or by this Agreement:

(a) To declare the entire balance of the Rent and other charges and expenses due INTERLAND under this Agreement to be due and payable, at which time that Rent and those charges and expenses shall become immediately due and payable; and/or

(b) To retake and retain the Truck without demand or legal process, free of all rights of LESSEE, in which case LESSEE authorizes INTERLAND or its agents to enter upon any premises where the Truck may be found for the purpose of repossessing the Truck and LESSEE specifically waives any right of action it might otherwise have arising out of such entry and repossession, at which time all rights of LESSEE in the Truck shall terminate immediately. If INTERLAND retakes possession of the Truck and at the time of that retaking there shall be in, upon or attached to the Truck any property, goods or things of value belonging to LESSEE or in the custody of LESSEE or under control of LESSEE,



INITIALS FOR INTERLAND
INITIALS FOR LESSEE

INTERLAND is hereby authorized to take possession of that property, those goods or those things of value and hold the same for LESSEE, or place that property, those goods or those things of value in public storage for the account of, and at the expense of, LESSEE; and/or

(c) To terminate this Agreement, in which event LESSEE shall immediately be liable to INTERLAND for all unpaid Rent and other obligations under this Agreement.

13. OPTION TO PURCHASE.

(a) LESSEE has the option to purchase the Truck for a total of $\*\*,\*\*\*\*.\*\*$. LESSEE may purchase the Truck at any time during any term of this Agreement, subject to the following conditions.

(b) LESSEE must be in complete compliance with the terms of this Agreement in order to exercise the option to purchase and cannot be in default of any of the terms of this Agreement.

(c) All of LESSEE's payments of Rent under this Agreement (but no other payments or reimbursements) shall be applied to the purchase price.

(d) The option to purchase the Vehicle extended by this Section shall not be available to LESSEE if this Agreement is terminated by INTERLAND as a result of LESSEE's failure to meet any of LESSEE's obligations under this Agreement.

(e) Upon exercise of the option to purchase, INTERLAND agrees to provide good and valid title to the Vehicle, free and clear of all liens and encumbrances. INTERLAND shall use its best efforts to provide title to LESSEE within 45 days of LESSEE's election to purchase the Vehicle and payment of the entire purchase price.

14. RIGHT TO TERMINATE.

(a) At any time during the term of this Agreement, and provided that LESSEE is not in breach of any of its obligations under this Agreement, LESSEE may terminate this Agreement by giving INTERLAND 90 days' written notice of termination. However, assuming that LESSEE does not agree to purchase the Truck, LESSEE shall be obligated to pay all Rent and other charges, costs, fees, expenses and other obligations under this Agreement which accrue up through and including the date of termination.

(b) Immediately upon termination of this Agreement, for whatever reason (unless LESSEE agrees to purchase the Truck), LESSEE shall return the Truck to INTERLAND's place of business. At the time the Truck are returned, the Truck shall be in roadworthy condition, clean and in good appearance, normal wear and tear excepted; the engine of each Truck must be in good operating order and the engine shall meet engine manufacturer's minimum operating standards as measured by compression or blow-by; there shall be no cracked or broken frames or window glass; there shall be no significant (defined as costing more than $250.00 to repair) sheet metal damage; and tires must have fifty percent (50%) or more tread life remaining. LESSEE, at its expense, shall repair, replace or refurbish components of the Truck which do not meet these turn-in standards. If LESSEE's return of the Truck is delayed more than ten (10) days beyond the expiration or termination of this Agreement, INTERLAND shall have the right to receive, as liquidated damages, for all the time LESSEE



INITIALS FOR INTERLAND RC
INITIALS FOR LESSEE

shall retain possession of the Truck, a prorated amount equal to the Rent specified in this Agreement, and all of LESSEE's obligations under this Agreement shall continue until the Truck are delivered to INTERLAND.

15. NOTICES. All notices required by this Agreement and all documents and other items required to be sent to either party shall be sent via certified mail, return receipt requested, or by receipted express courier service, overnight delivery requested, to the addresses shown for each party above.

16. BREACH OF AGREEMENT.

(a) Notwithstanding any other provision of this Agreement, if there is a material breach of this Agreement by either party, the other party shall have the right to cancel this Agreement immediately upon discovery of that breach. Termination or cancellation of this Agreement shall not relieve either party from any of its liabilities or obligations under this Agreement to the extent that those liabilities or obligations may arisen from or in connection with the acts or omissions of either party during any term of this Agreement.

(b) Any lawsuit or other action brought to enforce any provision of this Agreement by either party shall be brought exclusively in the United States District Court for the Northern District of Illinois or in the Circuit Court of Cook County, Illinois. Both parties waive trial by jury in any such lawsuit or other action

17. GENERAL TERMS.

(a) This Agreement, which contains the entire agreement of the parties about the leasing of the Truck from INTERLAND to LESSEE, may be altered only by an amendment signed by the authorized representative of both parties.

(b) This Agreement and the operations under it shall be subject to any lawful orders of any governmental body affecting the operations of the parties, and to valid and applicable federal, state and local laws and valid and applicable orders, rules, and regulations of any federal, state, or local authority having jurisdiction. However, nothing in this Agreement shall be construed as a waiver of any right to question or contest any such order, law, rule or regulation in any forum having jurisdiction over the subject matter of this Agreement.

(c) If it becomes necessary for either party to modify its performance under this Agreement to comply with additional valid laws, orders, rules or regulations of any federal, state or local authority having jurisdiction, that compliance shall not be considered a breach of this Agreement, and this Agreement shall continue in full force and effect; provided, however, that the party that is required to comply with any additional orders, laws, rules, or regulations may modify its performance under the terms of this Agreement only to the extent required to comply with those laws, orders, rules or regulations.

(d) If any part of this Agreement is declared invalid, the remainder of this Agreement shall remain in full force and effect.

(e) The waiver by either party to this Agreement of a breach of any term of this Agreement shall not be construed as a waiver of any subsequent breach of that term or as a waiver of any other term of this Agreement.



INITIALS FOR INTERLAND
INITIALS FOR LESSEE

(f) The parties agree that they will execute all further documents and take all other actions as may be necessary to assure satisfactory performance of the terms of this Agreement.

18. ASSIGNMENT. Neither party may assign this Agreement without the prior, written consent of the other party, which consent shall not be unreasonably withheld. This Agreement shall be binding upon the heirs, successors and assigns of the parties to it.

The parties witness this Agreement by their signatures on the following page.

| INTERLAND INC. ("INTERLAND") | MMS TRUCKLINE LLC ("LESSEE") |
|---|---|
| _[signature]_ SAFETY | _[signature]_ PRESIDENT |
| Signature and title | Signature and title |
| Rauan C.  7/12/2022 | KENDRIA STEWART  7/12/2022 |
| Printed name and date | Printed name and date |
| 1305 Lakeside Dr. Ste 1 | 2788 DELA DR, SOUTHAVEN MS 38672 |
| Romeoville, IL 60446 | |
| | Address |
| E-mail: safety@interlandinc.net | E-mail: KENDRIA95@YAHOO.COM |
| Phone: (630) 312-8464 | Phone: 901-674-7520 |
| FEIN: ▮▮▮▮▮ | FEIN: ▮▮▮▮▮ |

INITIALS FOR INTERLAND _RC_
INITIALS FOR LESSEE _KS_

APPENDIX 1
Page Number 1
Revision Number: original

## LIST OF AND RECEIPT FOR TRUCK LEASED BY INTERLAND, TO LESSEE

This is Appendix 1 to the Agreement between INTERLAND and LESSEE. INTERLANDS leases the following TRUCK to LESSEE:

| INTERLAND CONTRACTOR'S UNIT NO. | MAKE | YEAR | VIN | PLATE NUMBER AND STATE |
|---|---|---|---|---|
| 6157, | FRHT, | 2022, | 3AKJHHDR7NSNH4226, | P1130353, IL |

INTERLAND INC. ("INTERLAND")

_____ SAFETY
Signature and title

Rauan C.   7/12/2022
Printed name and date

1305 Lakeside Dr Unit 2
Romeoville, Illinois 60446

E-mail: safety@interlandinc.net
Phone: (630) 312-8464

FEIN: [redacted]

MMS TRUCKLINE LLC ("LESSEE")

_____ PRESIDENT
Signature and title

Kendria Stewart   7/12/2022
Printed name and date

2768 DELA DR, SOUTHAVEN MS 38672

Address

E-mail: KENDRIA95@YAHOO.COM
Phone: 901-674-7520

FEIN: [redacted]

INITIALS FOR INTERLAND _____
INITIALS FOR LESSEE _____

Page 8 of 8