# EXHIBIT C



**1305 LAKESIDE DR., ROMEOVILLE, IL 60446**

# COMPREHENSIVE PROGRESSIVE DISCIPLINARY PROGRAM

The "Company" expects all drivers to conduct themselves in a positive manner to promote the best interests of our customers, "Company", fellow drivers and the general public, and will enforce these expectations fairly and equally with regard to all drivers.

The purpose of this policy is to document drivers' infractions regarding corrective action. This will enable uniform and consistent application with reason and fairness to all drivers.

The Primary Corrective Action Policy may impose the following corrective action on the driver for his/her failure to comply with "Company" and/or federal requirements, as follows:

1.    Procedures for internal audit - HOS Violations:
   - 0-3 Critical Violations- Warning Letter and remedial training;
   - 4-9 Critical Violations- Warning Letter, $200 monetary charge and remedial training;
   - 10-15 Critical Violations- 5 days suspension, $300 monetary charge and remedial training;
   - 15 or more Critical Violations- Termination of agreement;
   - Continuous form and manner violations- remedial training;

2.    Procedure for ELD Disconnections:
   - 1st appearance- Warning Letter;
   - 2nd appearance- Warning Letter, $300 monetary charge;
   - 3rd appearance- Final Warning Letter, $500 monetary charge;
   - 4th appearance- Subject to Termination;

3.    Procedure for (UN)proper Personal Conveyance Use:
   - 1st appearance- Warning Letter;
   - 2nd appearance- Warning Letter, $300 monetary charge;
   - 3rd appearance- Final Warning Letter, $500 monetary charge;
   - 4th appearance- Subject to Termination;

4.    Procedure for Operation Violations:
   - Failure to follow dispatch instructions- $200 monetary charge;
   - Failure to notify dispatch of change in driver's status- $25 monetary charge;
   - Failure to notify dispatch in case of any cargo damage, shortages or any other issues at the origin/destination- $100 monetary charge;

INNITIALS

Interland_000026



**1305 LAKESIDE DR., ROMEOVILLE, IL 60446**

- Late deliveries or pickups due to driver's fault will be charged to the drivers (depending on broker charges);
- Failure to scale- driver pays ticket;
- Any illegal parking tickets- driver pays ticket;
- Failure to return truck to the home terminal same day after termination- $750 + 450/day monetary charge;
- Recovery for abandoned equipment- $750 + 450/day monetary charge;
- Using equipment for personal needs without authorization- $450/day monetary charge + termination of agreement;

5.  **Procedure for Maintenance failures:**

- Failure to turn in maintenance receipts- $50 monetary charge;
- Failure to provide motor carrier with repair receipts after vehicle roadside inspection with listed violations- $50 monetary charge;
- Moving a tractor or a trailer that was placed Out-of-Service, Part 396.9(c)(2)- $500 monetary charge;
- Operating a CMV not periodically inspected a required in 396.17(a)- $100 monetary charge;
- Failing to promptly repair parts and accessories not meeting minimum periodic inspection standards, Part 396.17(g)- $100 monetary charge;
- Unreported tractor defects or damages- $100 + cost of repair;
- Unreported trailer defects and damages- $100 + cost of repair;
- Pressure in tires must be between 90PSI and 100PSI, result for not following this rule- $50 monetary charge for each tire;
- Tickets received for unreported trailer defects or damage- driver pays;
- Switching license plates or parts from other trailers- $250 monetary charge;
- Breaking pin locks off trailers- $500 monetary charge + cost of pin lock;

6.  **Procedure for Accident failures:**

- Deductibles for accidents(liability)- $2500;
- Deductibles for cargo claim- $2500;
- Deductibles for tractor physical damage- $2500;
- Deductibles for trailer physical damage- $2500;
- Failure to report an accident involving tow or injury- $1000 monetary charge and termination of agreement;
- Failure to report an accident involving property damage or tractor trailer damage- $1000 monetary charge;
- Failure to report an accident requiring drug and alcohol test - $500 monetary charge + termination of agreement;
- Refusal to submit to an alcohol or controlled substance test required under Part 382 of FMCSR- termination of agreement;



INNITIALS



**1305 LAKESIDE DR., ROMEOVILLE, IL 60446**

7. **Prohibited practices:**
- Allowing an unqualified driver or unauthorized driver to drive- $50 monetary charge + loss pay;
- Unauthorized riders - $500 + termination of agreement;
- Hauling other carrier's load while under INTERLAND, INC's authority- $1000 monetary charge + termination of agreement;
- Failure to notify company of CDL suspension when driver is aware of that- $100 + termination of agreement;
- Transportation, possessions and use of alcoholic beverages and/or controlled substances- termination of agreement;
- Smoking on customers or company property without permission- $50 monetary charge;
- Littering of customers or company property- $100 monetary charge per report;

8. **Other:**
- Towing cost for illegal /improper parking- driver's liability;
- Lost tractor documents folder- 150 monetary charge;
- Changing parameters on the truck ECM- $1000 monetary charge;
- Orientation fee is charged if driver leaves the company within 3 months- $150 monetary charge;
- Travel expenses are charged if driver leaves the company within 3 months;
- Drug Test expenses are charged if driver leaves the company within 3 months;
- MVR and PSP check- $30 monetary charge;

9. **Procedure for Roadside Inspection Violations:**

   Unsafe Violations:

- 1st Unsafe (Moving) Offense- Warning Letter, monetary charge and remedial training;
- 2nd Unsafe (Moving) Offense- Warning Letter, monetary charge and remedial training;
- 3rd Unsafe (Moving) Offense- Final Warning Letter, monetary charge and remedial training;
- 4th Unsafe (Moving) Offense- Termination of agreement;

   Vehicle Maintenance / HOS Violations:

- 1st OOS Violation- Warning Letter, monetary charge and remedial training;
- 2nd OOS Violation- Warning Letter, monetary charge and remedial training;
- 3rd OOS Violation- Final Warning Letter, monetary charge and remedial training;
- 4th OOS Violation- Termination of agreement;

   Driver Fitness Violations:

- 1st Violation- Warning Letter and remedial training;
- 2nd Violation- Warning Letter, monetary charge and remedial training;
- 3rd Violation- Termination of agreement;

- Size and weight violations- Training and driver pays ticket;
- Failure to turn in a state roadside inspection or ticket on time- $150 monetary charge;



INNITIALS

Interland_000028



**1305 LAKESIDE DR., ROMEOVILLE, IL 60446**

As of  01.14.2016 Interland, Inc. adopted a new policy on charges for violations after roadside inspections.
Interland, Inc. safety supervisor will use SMS (Safety Measurement System) Appendix List to determine the severity
weight, time weight and out-of-service weight of each violation after a state inspection. Interland, Inc. will be charging
$25 per each point, due to the high volume of discovered violations after state inspection for the previous months.
For example:
395.8(e) - False report of driver's record of duty status (or False Log) with an out-of-service order:

- 7 points for severity weight
- +2 points for each OOS order
- Violation is valued at 9 total points.
- **9 total points x $25= $225 charge**

**Calculation Formula:** Points for Severity Weight + 2 Points if OOS = Total Inspection Points
Total Inspection Points x $25= Total Charges

It is important for you as a driver to understand how your safety performance affects directly your carrier's SMS result/
safety score:

- Safety violations adversely affect your company's SMS results for two years.
- All safety-based roadside inspection violation count, not just out-of-service (OOS) violations.
- Violations recorded on a roadside inspection report are used in the SMS regardless of whether a State officer also
  issued a citation/ticket or a verbal warning.

**Most Common Violations and it's severity weight points:**

| Section | Violations Description | Violation Severity Weight | Violation Time Weight |
|---|---|---|---|
| 392.2-SLLS2 | State/Local Laws - Speeding 6-10 miles per hour over the speed limit | 4 | 3 |
| 392.2C | Failure to obey traffic control device | 5 | 3 |
| 395.3A2-PROP | Driving beyond 14 hour duty period | 7 | 3 |
| 395.8 | Driver's record of duty status | 1 | 3 |
| 395.8(e) | False report of driver's record of duty status | 7 | 3 |
| 393.9 | Inoperative required lamps | 2 | 3 |
| 395.3A3-PROP | Driving beyond 11 hour driving limit in a 14 hour period | 7 | 3 |

INNITIALS

Interland_000029



1305 LAKESIDE DR., ROMEOVILLE, IL 60446

# PROFESSIONAL DRIVER RECOGNITION OVERVIEW

Despite safe equipment, physical conditions, management directions and control, safety depends upon the perception and attitude of the driver.

When a driver From INTERLAND, INC. leaves a terminal facility, they are in complete control and have total responsibility for the safe operation of the vehicles, its cargo, and delivery to point of destination. Professional drivers face a difficult and hostile environment. Attitude toward this high-pressure responsibility is direct reflected in the accident experience of INTERLAND, INC.

The management of INTERLAND, INC. wishes to recognize the outstanding effort of its driving staff and their professionalism. The driver recognition program elements have been designated to specifically recognize professionalism and positive attitude. We wish not only to recognize personal performance but also to let other drivers know that we are proud of our Drivers, support their never ending quest to make Safety a number one priority.

The ultimate indication of attitude is the Driver's behavior. Once the Driver is away from the control of the terminal setting, their behavior, which is a reflection of their attitude becomes obvious in the way which the Driver conducts himself/herself on the highway.

Accident reduction at INTERLAND, INC. fleet is directly proportional to that effort we put forth by the whole team. Like any other business responsibility, the effort will reflect upon the success of failure or reaching the objectives.

---

**EACH ROADSIDE INSPECTION WITH NO VIOLATIONS:**
**\*LEVEL I: $150 BONUS**
**\*LEVEL II: $100 BONUS**
**\*LEVEL III: $50 BONUS**

10.     Termination of contract:

Upon termination of contract, the following documentation should be returned/turned in to the company:

→ Company Placards/Plates
→ Company Decals (on the doors), Ifta stickers, NY HUT sticker
→ Authority packet (Permit book)
→ Fuel card
→ Fuel receipts
→ Maintenance receipts
→ All unreturned original BOLs
→ Logbook Papers (if any)
→ ELD device, ELD tablet and tablet holder
→ PrePass device
→ Toll passes

- Failure to return company placards - $25/day monetary charge;
- Failure to return ELD tablet- $250 monetary charge;
- Failure to return ELD device- $350 monetary charge;
- Failure to return tablet holder- $260 monetary charge;
- Failure to return tablet magnet- $50 monetary charge
- Failure to return tablet charger- $35 monetary charge
- Failure to return tablet cable- $25 monetary charge
- Failure to return PrePass device- $100 monetary charge;
- Failure to return fuel card- $25 monetary charge
- Failure to return dash camera- $500 monetary charge
- Company provides 1GB of internet data per month, for all over usage payments- $25 per extra GB used;

INNITIALS



**1305 LAKESIDE DR., ROMEOVILLE, IL 60446**

Driver escrow will be returned after 45 days of termination, only if the above items are prior returned!

The driver/owner must give a two week notice before resigning from the company, otherwise the last paycheck will not be paid.

INTERLAND, INC. reserves the right to amend, change or revise any of the above fines including adding new provisions.

# TRAILER MAINTENANCE &
# DAMAGE REPORTING POLICY

As you all know, Interland, Inc. provides you with company owned trailers. As of today you haven't been charged for any routine repairs and expenses, and that policy will continue to be observed. However there will be couple of changes in regards of back charge for <u>unreported</u> damages due to driver negligence or other party actions. In order to help avoid deductions for damages and back charges driver must:

1. Complete a full trailer inspection prior first trip
2. Inspect trailer before and after loading and unloading for possible damages from shipper/consignee personnel.
3. Report all accident/incidents equipment has been involved
4. Report all tire, brake, light, airline, wheel bearing and other accessory unfit condition due to regular wear and tear to avoid weight station out of service ordinances. In this situation you will be responsible for charges incurred to recover equipment fitness to FMCSR.
5. Please notify Interland, Inc. about any damages on trailers before you leave Bolingbrook, IL yard.

This policy is being mostly enforced due to the difficulty of tracking the responsible parties for damages when the trailers are being dropped/picked at our Bolingbrook, IL yard and other locations.

*REPORT ALL ACCIDENTS/INCIDENTS TO INTERLAND, INC IN ORDER TO PREVENT SEVERE FINANCIAL LOSSES OR LITIGATION!!!*

Name    <u>KENDRIA JAUQUETTE STEWART</u>

Signature    _(signed)_

Date    <u>06/20/2022</u>

Interland_000031