# EXHIBIT D



# Statement
## KENDRIA STEWART UNIT#6157 MMS TRUCKLINE LLC
## 8/5/2022

**KENDRIA STEWART UNIT#6157 MMS TRUCKLINE LLC**
**2768 DELA DR**
**SOUTHAVEN, MS 38672**

### Trips :

| Trip# | Description | Date | Loaded | Empty | Total | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 92882.00 | Appleton, WI 54911-Bolingbrook, IL 60440 | 07/18/2022 | 209.00 | 43.00 | 252.00 | .75 | **$189.00** |
| 92907.10 | Bolingbrook, IL 60440-North Richland Hills, TX 76180 | 07/20/2022 | 932.00 | 0.00 | 932.00 | .75 | **$699.00** |
| 92954.10 | 1 extra stop(s) @ 35 | 07/20/2022 | 0.00 | 1.00 | 1.00 | 35.00 | **$35.00** |
| 92954.10 | Bolingbrook, IL 60440-Dallas, TX 75207 | 07/20/2022 | | | | .75 | **$0.75** |
| 93055.00 | Denison, TX 75020-Georgetown, KY 40324 | 07/22/2022 | 862.00 | 100.00 | 962.00 | .75 | **$721.50** |
| 93119.00 | Shelbyville, KY 40065-Aurora, IL 60502-Woodridge, IL 60517 | 07/25/2022 | 375.00 | 41.00 | 416.00 | .75 | **$312.00** |
| 93119.00 | 1 extra stop(s) @ 35 | 07/25/2022 | | | | 35.00 | **$35.00** |
| | | | | | **Total: 2563.00** | | **$1,992.25** |

### Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| ESCROW; | 08/03/2022 | ($1,050.00) |
| DRUG TEST; | 08/03/2022 | ($80.00) |
| ORIENTATION FEE; | 08/03/2022 | ($150.00) |
| LAGGAGE; | 08/03/2022 | ($30.00) |
| FLIGHT TICKET; | 08/03/2022 | ($241.60) |
| LYFT/UBER; | 08/03/2022 | ($117.99) |
| | **Total:** | **($1,669.59)** |

### Credits :

| Description | Date | Amount |
|---|---|---|
| SCALE 07/23; 07/25; | 08/03/2022 | $26.00 |
| | **Total:** | **$26.00** |

### Scheduled Deductions :

| Description | Date | Amount |
|---|---|---|
| ESCROW | 07/24/2022 | ($150.00) |
| OAC | 07/24/2022 | ($46.00) |

| | | | |
|---|---|---|---|
| LEGAL PLAN | | 07/24/2022 | ($2.98) |
| ESCROW | | 07/31/2022 | ($150.00) |
| OAC | | 07/31/2022 | ($46.00) |
| LEGAL PLAN | | 07/31/2022 | ($2.98) |
| | | **Total:** | **($397.96)** |

**Fuel Card :**

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - CADDO VALLEY, AR | CADDO VALLEY | AR | 0.00 | $0.00 | $0.00 | $13.00 | 07/23/2022 | ($13.00) |
| Fuel - MEMPHIS, IN | MEMPHIS | IN | 0.00 | $0.00 | $0.00 | $13.00 | 07/25/2022 | ($13.00) |
| | | | | | | | **Total:** | **($26.00)** |
| | | | | | | | **Check Amount:** | **($75.30)** |

07/18-07/26/2022